No. 72–1637.   NATIONAL LABOR RELATIONS BOARD *v.* MAGNAVOX COMPANY OF TENNESSEE.   C. A. 6th Cir. Certiorari granted.

No. 73–9.   COMMISSIONER OF INTERNAL REVENUE *v.* NATIONAL ALFALFA DEHYDRATING & MILLING CO.   C. A. 10th Cir.   Certiorari granted.

No. 72–1470.   BOB JONES UNIVERSITY *v.* SHULTZ, SECRETARY OF THE TREASURY, ET AL.   C. A. 4th Cir. Certiorari granted and case set for oral argument with No. 72–1371 [*Walters* v. *"Americans United" Inc.,* certiorari granted, 412 U. S. 927].

No. 72–1490.   FEDERAL POWER COMMISSION *v.* TEXACO INC. ET AL.; and

No. 72–1491.   DOUGHERTY, EXECUTOR, ET AL. *v.* TEXACO INC. ET AL.   C. A. D. C. Cir.   Certiorari granted.   Cases consolidated and a total of one hour allotted for oral argument.   MR. JUSTICE STEWART took no part in the consideration or decision of these petitions.   Reported below: 154 U. S. App. D. C. 168, 474 F. 2d 416.

No. 72–1554.   SUPER TIRE ENGINEERING CO. ET AL. *v.* MCCORKLE ET AL.   C. A. 3d Cir.   Motion of Chamber of Commerce of the United States for leave to intervene denied.   Certiorari granted.